IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In the matter of: | ) | In proceedings under |
| | ) | Chapter 13 |
| | ) | Case No. 09-34247 |
| TARI R. HOLUBEK, | ) | |
| | ) | Judge Bruce W. Black - Joliet |
| Debtor(s). | ) | |

### RESPONSE OF BAYVIEW LOAN SERVICING, LLC
### TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE

NOW COMES *Bayview Loan Servicing, LLC.*, as servicer for Mortgagee of record, by and through its attorney, LAW OFFICES OF IRA T. NEVEL, LLC; and in response to the issuance of the Notice of Payment of Final Mortgage Cure Amount states that the Debtor herein is currently post-petition due for the (3) December 27, 2009 through February 27, 2010 mortgage payments of $339.25 each and (2) late charges of $20.36. (History attached). In addition, attorney fees of $200.00 for review of plan and the preparation and filing of the Proof of Claim and $150.00 for the review of the post-petition history and preparation and filing of this response have been incurred.

Respectfully submitted,
Law Offices of Ira T. Nevel, LLC


*/s/  Timothy R. Yueill*
By:  Timothy R. Yueill, Esq.
Attorney for *Bayview Loan Servicing, LLC.*


Timothy R. Yueill
Greg Elsnic
Ira T. Nevel
LAW OFFICES OF IRA T. NEVEL, LLC
175 North Franklin, Suite 201
Chicago, Illinois 60602
(312) 357-1125